FILED

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0042

_____

TEDDEE HARRIS CUOMO,

     Petitioner and Appellant,

v.

DEBORAH L. DERR,

     Respondent and Appellee.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time to file the transcripts and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until April 15, 2024, to file the transcripts.

DATED this 18 day of March, 2024.

For the Court,

_____
Chief Justice